**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**STEVEN MOTTA,**

                **Plaintiff,**

         **v.**                                    **9:06-CV-1047**

**DR. LESTER WRIGHT, Deputy Commissioner**
**of Health Services, NYS DOCS; DR. SYED**
**HAIDER SHAH, Marcy Correctional Facility,**

                **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

STEVEN MOTTA
82-A-1236
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929
Plaintiff *Pro Se*

ANDREW M. CUOMO                      CHARLES J. QUACKENBUSH, ESQ.
Attorney General of the State of New York    Assistant Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants Haider Shah and Wright

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 29th day of April 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 29) is granted, and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 20, 2009
      Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge